IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

K.L. HOUSE CONSTRUCTION, INC.,
A New Mexico Corporation,

      Plaintiff,

vs.                                                                 Civil No. 09-326 MCA/RLP

HIGHLAND TANK & MANUFACTURING
COMPANY, INC., a Pennsylvania corporation,
and AVIATION FUEL TECHNICIANS, LLC,
a North Carolina limited liability company,
jointly and severally,

      Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

    Defendant, Highland Tank & Manufacturing, Inc., filed discovery requests on Plaintiff, K.L. House, Construction, Inc., on December 29, 2009, two days prior to the close of discovery. This matter before the court is Plaintiff's Motion for a Protective Order, which relieves them from any obligation to respond to this discovery. (Docket No. 41, supplemented at Docket No. 42). Plaintiff's Motion was filed on January 14, 2010. Defendant Highland has not responded to this motion, and it is presumed to have consented to the Motion. D.N.M. LR-Civ. 7.1(b).

    **IT IS HEREBY ORDERED** that the Motion of Plaintiff, K.L. House Construction, Inc., for Protective Order be and hereby is GRANTED.

                                                                       Richard L. Puglisi
                                                                     Chief United States Magistrate Judge